# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDAL JAMES WHITFORD,<br><br>Defendant. | Case No. CR-20-37-GF-BMM<br><br>**ORDER** |

A detention hearing was held before the undersigned on July 8, 2020. The undersigned released the Defendant, Randal Whitford, from custody, subject to conditions. Whitford is currently being detained at Crossroads Correctional Center (CCC) 50 Crossroads Drive, Shelby, Montana. Accordingly,

IT IS HEREBY ORDERED that Whitford will be released from CCC into Althea Chiefsky's custody on Thursday, July 9, 2020 at 10:00 a.m.

DATED this 8th of July, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge