IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDAL JAMES WHITFORD,<br><br>Defendant. | CR 20-37-GF-BMM<br><br>ORDER |

Defendant Randal James Whitford filed a motion to suppress certain evidence in the above-captioned matter. (Doc. 26). Whitford subsequently filed a motion to change plea pursuant to a plea agreement. (Docs. 54, 57). The Court held a hearing on the motion to change plea on December 8, 2020. (Doc. 58). The Court granted Whitford's motion to change plea, and Whitford pled guilty to Count III of the indictment. *Id.* Sentencing is currently set for April 7, 2021. (Doc. 59). Whitford's motion to suppress evidence is moot following his change of plea.

Therefore, **IT IS HEREBY ORDERED** that Whitford's motion to suppress (Doc. 26) is **DENIED** as moot.

Dated this 9th day of December, 2020.

Brian Morris, Chief District Judge
United States District Court